**Opinion issued November 5, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00600-CV

———————————

## IN RE UNION PACIFIC RAILROAD COMPANY, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Union Pacific Railroad Company, has filed a petition for writ of mandamus requesting that we vacate the trial court's order which overruled relator's privilege objections.[1]

We **deny** the petition for writ of mandamus.

---

[1] The underlying case is *Donald and Mary Trichel, Individually and as Next Friends of Nicholas Trichel v. Union Pacific Railroad Company and Jeremy Ray Hampton*, cause number 2014-23177, pending in the 125th District Court of Harris County, Texas, the Honorable Kyle Carter presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.